lant. E. H. Sykes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

BAXTER, Respondent, v. GUITON, Appellant. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) Action by Grace Baxter against Mary C. Guiton.
PER CURIAM. Judgment affirmed, with costs.
SMITH, P. J., not voting.

---

BEEKMAN, Respondent, v. MITCHELL, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Gerard Beekman against William Mitchell, impleaded with others. A. Tulin, for appellant. A. H. Larkin, for respondent. No opinion. Judgment (134 N. Y. Supp. 454) affirmed, with costs. Order filed.

---

BENSON, Appellant, v. WHITEHEAD, Respondent. (Supreme Court, Appellate Division, First Department. April 4, 1912.) Action by Nels Benson, as administrator, against Wilbur C. Whitehead. N. Burkan, for appellant. E. C. Sherwood, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

In re BERGDORF. (Supreme Court, Appellate Division, First Department. April 12, 1912.) In the matter of Herman Bergdorf, deceased. No opinion. Motion denied, without costs. Order filed. Memorandum per curiam. See, also, 133 N. Y. Supp. 1012.

---

BERGER, Respondent, v. BARCLAY CONST. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 12, 1912.) Action by Morris Berger against the Barclay Construction Company and others. (Appeal No. 1.) No opinion. Order of the County Court of Kings County, dated November 22, 1911, affirmed, with $10 costs and disbursements.

---

BERGER, Respondent, v. BARCLAY CONST. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 12, 1912.) Action by Morris Berger against the Barclay Construction Company and others. (Appeal No. 2.) No opinion. Order of the County Court of Kings County, dated January 26, 1912, affirmed, with $10 costs and disbursements.

---

BERMANT v. BEHN et al. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Jacob W. Bermant against Adolph Behn, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 133 N. Y. Supp. 1112.

---

BLENIS, Respondent, v. UTICA KNITTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by Frank L. Blenis against the Utica Knitting Company. No opinion. Judgment (73 Misc. Rep. 61, 130 N. Y. Supp. 740) affirmed, with costs.

---

BOEHMER, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1912.) Action by Oscar Boehmer against the International Railway Company. No opinion. Judgment and orders affirmed, with costs.

---

BOHNHOFF, Respondent, v. FISCHER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 21, 1912.) Action by August Bohnhoff against Henry C. Fischer, impleaded with others. No opinion. Motion to resettle order granted, without costs. See, also, 147 App. Div. 904, 131 N. Y. Supp. 1105; 147 App. Div. 672, 132 N. Y. Supp. 603; 134 N. Y. Supp. 28.

---

In re BOLAND. (Supreme Court, Appellate Division, First Department. March 29, 1912.) In the matter of Frank A. K. Boland. No opinion. Referred to official referee. Settle order on notice. See, also, 127 App. Div. 746, 111 N. Y. Supp. 932.

---

BOROWSKI, Respondent, v. OCEAN ACCIDENT & GUARANTEE CORP., Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by Stanislaus Borowski against the Ocean Accident & Guarantee Corporation, Limited. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal. See, also, 143 App. Div. 958, 128 N. Y. Supp. 1114.

---

BOUCK, Appellant, v. MOSHER, Respondent. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) Action by John M. Bouck against Eli C. Mosher. No opinion. Motion denied, without costs. See, also, 132 N. Y. Supp. 1122.

---

BRADY, Respondent, v. EASTMAN KODAK CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by Edward F. Brady against the Eastman Kodak Company. No opinion. Judgment and order affirmed, with costs.

---

BRAKER v. NEW YORK FINANCE CO. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Conrad M. Braker against the New York Finance Company. No opinion. Motion denied, without costs. Order filed. See, also, 132 N. Y. Supp. 1059.